| | | | |
|---|---|---|---|
| Hueitt v. Philadelphia Media Holdings, LLC; Philadelphia Media Holdings, LLc, In re | 04/04/2016591 EAL (2015) | Denied | Pa.Super., 125 A.3d 448 |
| J.R., In re; D.S.G., In re [37] | 03/29/2016113 MAL (2016) | Denied | No. 1158 MDA 2015 |
| Lamar Companies v. Brad Aric, L.L.C.; Prime Diversified Services, L.L.C., In re [38] | 04/13/2016879 MAL (2015) | Denied | Pa.Super., 131 A.3d 86 |
| Schaab, In re Estate of; Schaab, In re | 04/19/201615 WAL (2016) | Denied | Pa.Super., 135 A.3d 658 |
| Shaffer v. Ebensburg Power Co. [39] | 03/29/2016484 WAL (2015) | Denied | Pa.Super., 134 A.3d 492 |
| Viscarello v. Elliott | 03/29/2016983 MAL (2015) | Denied | Pa.Super., 134 A.3d 504 |
| Vosburg, III v. NBC Seventh Realty Corp. [40] | 04/12/2016756 MAL (2015) | Denied | Pa.Super., 122 A.3d 393 |
| Willner v. Cafferty Clobes Meriwether & Sprengel, LLP | 04/06/2016940 MAL (2015) | Denied | No. 1550 EDA 2015 |

37. Justice WECHT did not participate in the consideration or decision of this matter.

38. Justice WECHT did not participate in the consideration or decision of this matter.

39. Justice WECHT did not participate in the consideration or decision of this matter.

40. Justice DONOHUE did not participate in the consideration or decision of this matter.